# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Harrison P. Hollivay, | Civil No. 10-2276 (DWF/AJB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Scott P. Fisher, Warden, | |
| Respondent. | |

---

Harrison P. Hollivay, *Pro Se*, Petitioner.

Gregory G. Brooker and Mary J. Madigan, Assistant United States Attorneys, United States Attorney's Office, counsel for Respondent.

---

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated June 3, 2011, with all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED** that petitioner Harrison P. Hollivay's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. [1]) is **DENIED**. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 19, 2011          s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge